```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
J&J SPORTS PRODUCTIONS, INC.                O R D E R

                    Plaintiff,              CV-05-6080 (DLI)

        -against-

IZZY LOPEZ, et al.,

                    Defendants.
-------------------------------X
```

An initial conference will be held in the above-captioned case on April 21, 2006 at 11:00 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

**<u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference</u>**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
       January 12, 2006

                                      _____
                                      JOAN M. AZRACK
                                      UNITED STATES MAGISTRATE JUDGE