UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
J&J SPORTS PRODUCTIONS, INC.,                          :
As Broadcast Licensee of the March 19, 2005            :
MORALES/PACQUIAO Program,                              :
                                                       :
                    Plaintiff,                         :        **ORDER**
                                                       :
               -against-                               :        05-CV-6080 (DLI)(JMA)
                                                       :
IZZY LOPEZ and IRIS LOPEZ, individually and            :
d/b/a HIS & HERS UNISEX HAIRCUTTING                    :
a/k/a HIS & HERS UNISEX HAIRCUTTING II                 :
a/k/a HIS & HERS UNISEX HAIRCUTTERS II,                :
and HIS & HERS UNISEX HAIRCUTTING                      
a/k/a HIS & HERS UNISEX HAIRCUTTING II                 :
a/k/a HIS & HERS UNISEX HAIRCUTTERS II,                :
                                                       :
                    Defendants.                        :
---------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

        It appearing that no objections have been filed to the Report and Recommendation of the
Honorable Joan M. Azrack, U.S.M.J., dated June 9, 2006; and

        Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly,
it is hereby

        ORDERED that plaintiff's motion for entry of a default judgment is granted; and it is further
hereby

        ORDERED that judgment is entered against defendants, jointly and severally, in the amount
of $7,761.50, reflecting $1,099 in statutory damages, $5,000 for willful violation of the statute, and
$1,662.50 in attorneys' fees and costs; and it is further hereby

        ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by
forwarding a copy hereof to all parties.

DATED:       Brooklyn, New York
             June 29, 2006

                                        _____/s/_____
                                               DORA L. IRIZARRY
                                            United States District Judge