UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,　　　　　　　　　　　　　　JUDGMENT
As Broadcast Licensee of the March 19, 2005　　　　　　　　　05-CV- 6080 (DLI)
MORALES/PACQUIAO Program,

　　　　　　　　　　　　Plaintiff,

　-against-


IZZY LOPEZ an IRIS LOPEZ, individually and
d/b/a HIS & HERS UNISEX HAIRCUTTING
a/k/a HIS & HERS UNISEX HAIRCUTTING II
a/k/a HIS & HERS UNISEX HAIRCUTTERS II,
and HIS & HERS UNSEX HAIRCUTTING
a/k/a HIS & HERS UNISEX HAIRCUTTING II
a/k/a HIS & HERS UNISEX HAIRCUTTERS II,

　　　　　　　　　　　　Defendants.
-----------------------------------------------------------------X

　　　　　An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on June 29, 2006, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated June 9, 2006; granting plaintiff's motion for entry of a default judgment; and directing the Clerk of Court to enter judgment against defendants, jointly and severally, in the amount of $7,761.00, reflecting $1,099.00 in statutory damages, $5,000.00 for willful violation of the statute, and $1,662.50 in attorneys' fees and cost; and denying plaintiff's request for a permanent injunction; it is

JUDGMENT
05-CV- 6080 (DLI)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; that plaintiff's motion for entry of a default judgment is granted; that judgment is hereby entered in favor of plaintiff, J&J Sports Productions, Inc., as Broadcast Licensee of the March 19, 2005 Morales/Pacquiao Program, and against defendants, Izzy Lopez and Iris Lopez, Individually, and d/b/a His & Hers Unisex Haircutting a/k/a His & Hers Unsex Haircutting II a/ka His & Hers Unisex Haircutting II, and His & Hers Unisex Haircutting a/k/a His & Hers Haircutting II a/k/a His & Hers Haircutters II, jointly and severally, in the amount of $7,761.50, reflecting $1,099.00 in statutory damages, $5,000.00 for willful violation of the statute, and $1662.50 in attorneys' fees and costs; and that plaintiff's request for a permanent injunction is denied.

Dated: Brooklyn, New York
       June 29, 2006

                                                     ROBERT C. HEINEMANN
                                                     Clerk of Court